■ ADRIENNE BABIKIAN, Appellant, v KARL BABIKIAN, Respondent.—Order of the Supreme Court, Nassau County, dated October 11, 1985, affirmed, with costs, for reasons stated by Justice Collins at Special Term. Gibbons, J. P., Weinstein, Eiber and Kooper, JJ., concur.